# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MAY 15, 2019

## NO. 03-18-00685-CV

**Shawn Hobbs, Appellant**

**v.**

**Amy McKinney, Appellee**

## APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
## BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on October 4, 2019. Having reviewed the record, the Court holds that Shawn Hobbs has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.